UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 14, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEQUOIA VALVERDE,<br><br>Defendant. | Case No.   2:15-cr-00176-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   SEQUOIA VALVERDE ,

Case No.   2:15-cr-00176-TLN   from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   10,000. Cosigned by father, Jeff Brown.

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): Release delayed until 10/19/15 at 9:00 AM to

__X__   Pretrial Services, for transport to a residential

_____   treatment facility.

Issued at Sacramento, California on October 14, 2015 at   2:30 pm

By: _____
Magistrate Judge Carolyn K. Delaney