The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>SEQUOIA VALVERDE | Case Number:  15-CR-176 TLN<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>**DATE: 8/4/16**<br>**TIME: TBA**<br>**DEPT: Hon. Allison Claire** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Andre Espinosa, attorney for Plaintiff, OLAF HEDBERG, attorney for  Sequoia Valverde, that the Court's previously issued Pretrial Release Order be altered as to Condition of Release 17.

   Both parties have been contacted by Pretrial Services Officer Renee Basurto who has indicated that defendant Valverde's current curfew deadline of 8 pm (Special Condition of Release 17, ordered by Hon. Carolyn Delaney on 12/1/15, PACER # 57) has presented a logistical issue which has hampered defendant Valverde's ability to attend the sports activities of

her children. Ms. Basurto has indicated that an extension of the curfew to 10 pm should be sufficient to allow attendance at those activities with adequate time to return home. Further, she has related that defendant Valverde has complied with all conditions of her release to date.

Respectfully submitted,
Dated August 4, 2015
by /s/ Olaf W. Hedberg
Olaf W. Hedberg, Esq.
Attorney for Leonard Woodfork

Dated: August 4, 2015
Philip Talbert
United States Attorney
/s/ Olaf Hedberg for Andre Espinosa
Andre Espinosa
Assistant United States Attorney

**ORDER**

Defendant Sequoia Valverde's Special Condition of Release number 17 in case 15-CR-176, issued by the Hon. Carolyn Delaney on 12/1/15 (PACER # 57) be altered so that the time 8:00 pm is deleted and the time 10 pm is substituted in its place .

**IT IS SO ORDERED**

Dated: August 5, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE