The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>SEQUOIA VALVERDE | Case Number:  15--CR-176 TLN<br><br>**STIPULATION AND [PROPOSED ORDER] RE CODITIONS OF PRETRIAL RELEASE** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, , Assistant United States Attorney Andre Espinosa, attorney for Plaintiff, Olaf Hedberg, attorney for  Sequoia Valverde, and Renee Basurto Deputy Pretrial Release Officer that the Court's previously issued Pretrial Release Order be altered as to  Condition of Release 17.

　　　Specifically, the parties have agreed that Ms. Valverde's current curfew deadline of 10 pm (Special Condition of Release 17, ordered by Hon. Carolyn Delaney on 12/1/15, PACER # 57, modified by Stipulation on August 5, 2016 PACER #94) be extended to 11:30 P.M. on

December 16 so that Ms. Valverde may attend a Christmas party related to her employment. Ms. Basurto has indicated that a onetime extension of the curfew to 11:30 pm on December 16, 2016 is appropriate. Further, she has related that defendant Valverde has complied with the conditions of her release to date.

                                  Respectfully submitted,
                                  Dated December 15, 2016
                                  by /s/ Olaf W. Hedberg
                                  Olaf W. Hedberg, Esq.
                                  Attorney for Leonard Woodfork

                                  Dated:  December 15, 2016
                                  Philip Talbert
                                  United States Attorney
                                  /s/ Olaf Hedberg for Andre Espinosa
                                  Andre Espinosa
                                  Assistant United States Attorney

## ORDER

Defendant Sequoia Valverde's Special Condition of Release number 17 in case 15-CR-176, issued by the Hon. Carolyn Delaney on 12/1/15 (PACER # 57 modified by Stipulation on August 5, 2016 PACER #94)) be altered so that the phrase "10 pm" is deleted and the phrase "11:30 pm on December 16, 2016 only, and to revert back to 10 pm immediately thereafter" is substituted in its place .

**IT IS SO ORDERED**

Dated:  December 15, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE