The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>SEQUOIA VALVERDE | Case Number:  15--CR-176 TLN<br><br>**STIPULATION AND ORDER RE CODITIONS OF PRETRIAL RELEASE**<br><br>**DATE:**<br>**TIME:**<br>**DEPT:** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, , Assistant United States Attorney Andre Espinosa, attorney for Plaintiff, Olaf Hedberg, attorney for Sequoia Valverde, and Renee Basurto Deputy Pretrial Release Officer that the Court's previously issued Pretrial Release Orders be altered.

    Specifically, the parties have agreed that Ms. Valverde's current Special Conditions of Release, ordered by Hon. Carolyn Delaney on 12/1/15, (PACER # 57, attached hereto as Exhibit "A"), be stricken and a new set of Special Conditions of Release be substituted in their place. Those Conditions were prepared by Deputy Pretrial Release Officer Renee Basurto and are

attached hereto as Exhibit "B". Further, she has related that defendant Valverde has complied with the conditions of her release to date.

                                                Respectfully submitted,
Dated January 13, 2017
by /s/ Olaf W. Hedberg
Olaf W. Hedberg, Esq.
Attorney for Leonard Woodfork

Dated: January 13, 2017
Philip Talbert
United States Attorney
/s/ Olaf Hedberg for Andre Espinosa
Andre Espinosa
Assistant United States Attorney

**ORDER**

Defendant Sequoia Valverde's Special Condition of Release in case 15-CR- 176, issued by the Hon. Carolyn Delaney on 12/1/15 (PACER # 57) be stricken and the new Special Conditions of Release set forth in Exhibit B be substituted in their place.

**IT IS SO ORDERED**

Dated:  January 13, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT "A"

**SPECIAL CONDITIONS OF RELEASE**

Re: **Valverde, Sequoia**
No.: **2:15-CR-0176-TLN**
Date: November 30, 2015

1. Your release on bond shall be delayed until December 14, 2015, at 9:00 a.m., at which time you will be released directly from the custody of the U.S. Marshals to Pretrial Services;
2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
3. You are released to the third-party custody of your mother, Sandra Brown;
4. You shall cooperate in the collection of a DNA sample;
5. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;
6. You shall not obtain a passport or other travel documents during the pendency of this case;
7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
8. Upon completion of residential treatment, you shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
9. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
11. You shall not associate or have any contact with the codefendants named in the Indictment unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
13. You shall participate in the substance abuse treatment program at WellSpace Health, and comply with all the rules and regulations of the program. You shall remain at WellSpace

Health, located at 1550 Juliesse Avenue, Sacramento, California, inpatient facility until released by the pretrial services officer;

a. A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing;

14. Upon successful completion of residential treatment, you shall reside with your custodian and not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

15. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

16. Upon completion of residential treatment, you shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and,

17. **CURFEW:** Upon completion of residential treatment, you shall remain inside your residence every day from 8:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

# EXHIBIT "B"

**AMENDED SPECIAL CONDITIONS OF RELEASE**

                                              Re: **Valverde, Sequoia**
                                              No.: **2:15-CR-0176-TLN**
                                              Date:January 13, 2017

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You are released to the third-party custody of your mother, Sandra Brown;
3. You shall cooperate in the collection of a DNA sample;
4. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;
5. You shall not obtain a passport or other travel documents during the pendency of this case;
6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
8. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
9. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
10. You shall not associate or have any contact with the codefendants named in the Indictment unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
12. You shall reside with your custodian and not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
13. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.