PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ANDRÉ M. ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEQUOIA VALVERDE,<br><br>Defendant. | CASE NO.  2:15-cr-00176-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE RESTITUTION HEARING**<br><br>DATE: JULY 20, 2017<br>TIME: 9:30AM<br>COURT: HON. TROY L. NUNLEY |

    Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Rosanne L. Rust, and defendant, Sequoia Valverde, by and through her counsel, Olaf Hedberg, hereby stipulate as follows:

    1.    By previous order, this matter was set for a restitution hearing on July 20, 2017.

    2.    By stipulation, the parties now jointly move to continue that restitution hearing until August 17, 2017.  The government is in the process of creating a proposed stipulation setting the amount of restitution for Ms. Valverde.  The government expects to submit that stipulation to defense counsel within the next few weeks.  If accepted, the stipulation would obviate the need for a hearing.

    3.    Accordingly, the parties request that the restitution hearing be continued to August 17, 2017.

///

IT IS SO STIPULATED.

                                                Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  July 14, 2017

By:  */s/ Rosanne L. Rust*
ROSANNE L. RUST
Assistant U.S. Attorney

Dated:  July 14, 2017

By:  */s/ Olaf Hedberg*
LAW OFFICE OF OLAF W. HEDBERG
OLAF HEDBERG
Attorneys for SEQUOIA VALVERDE

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The restitution hearing in this matter is continued to August 17, 2017, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  July 17, 2017

Troy L. Nunley
United States District Judge

2