PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEQUOIA VALVERDE,<br><br>Defendant. | CASE NO. 2:15-cr-00176-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE RESTITUTION HEARING**<br><br>DATE: AUGUST 17, 2017<br>TIME: 9:30AM<br>COURT: HON. TROY L. NUNLEY |

Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Rosanne L. Rust, and defendant, Sequoia Valverde, by and through her counsel, Olaf Hedberg, hereby stipulate as follows:

1. By previous order, this matter was set for a continued restitution hearing on August 17, 2017.

2. The parties agree that this request for continuance now seeks to schedule the restitution hearing beyond 90 days from Ms. Valverde's sentencing. The parties agree, however, that "'. . . the purpose behind the statutory ninety-day limit on the determination of victims' losses is not to protect defendants from drawn-out sentencing proceedings or to establish finality; rather, it is to protect crime victims from the willful dissipation of defendants' assets.'" *United States v. Cienfuegos*, 462 F.3d 1160, 1162-63 (9th Cir. 2006) (quoting *United States v. Zakhary*, 357 F.3d 186, 191 (2d Cir. 2004)).

3. The parties also agree that sentencing courts are not deprived of their authority to order restitution when they miss the ninety-day deadline "at least where . . . the sentencing court made clear prior to the deadline's expiration that it would order restitution, leaving open (for more than 90 days) only the amount." *Dolan v. United States*, 560 U.S. 605, 608 (2010).

4. Against this backdrop and for the reasons articulated herein, by stipulation, the parties now jointly move to continue the restitution hearing until September 7, 2017, so that they may reach a resolution regarding the restitution amount. The government has submitted a proposed restitution amount to defense counsel. Defense counsel has stated that he needs more time to determine if that proposed amount is accurate, and to discuss this matter with his client. Given that, along with defense counsel's upcoming trial calendar this month, the parties request an extension of the restitution hearing. The government expects that the parties will be able to resolve the restitution amount issue, and be able to submit a stipulation and proposed order to the Court by September 7, 2017, obviating the need for a hearing on this matter.

5. Accordingly, the parties request that the restitution hearing be continued to September 7, 2017.

IT IS SO STIPULATED.

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: August 11, 2017    By: */s/ Rosanne L. Rust*
ROSANNE L. RUST
Assistant U.S. Attorney

LAW OFFICE OF OLAF W. HEDBERG

Dated: August 11, 2017    By: /s/ *Olaf Hedberg*
OLAF HEDBERG
Attorneys for SEQUOIA VALVERDE

///
///
///
///

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The restitution hearing in this matter is continued to September 7, 2017, at 9:30 a.m..

**IT IS SO ORDERED.**

Dated: August 11, 2017

_____
Troy L. Nunley
United States District Judge