PHILLIP A. TALBERT
United States Attorney
ROSANNE RUST
ANDRÉ ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEQUOIA VALVERDE,<br><br>Defendant. | CASE NO. 2:15-cr-00176-TLN<br><br>STIPULATION AND ORDER REGARDING RESTITUTION<br><br>DATE: October 26, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

The United States of America, by and through Assistant United States Attorney Rosanne Rust, and defendant Sequoia Valverde, by and through her counsel Olaf Hedberg, respectfully request that the Court vacate the October 26, 2017, restitution hearing and order that defendant Sequoia Valverde pay restitution in the amount of $82,164.84 for the following reasons:

1. The Court sentenced Ms. Valverde on May 18, 2017, but did not order restitution at the time of sentencing. Instead, the matter of restitution was set to be determined at a later restitution hearing scheduled for July 20, 2017. ECF No. 171.

2. On or about July 17, 2017, this Court granted the parties' joint request to continue the restitution hearing to August 17, 2017. ECF No. 202.

3. On or about August 11, 2017, this Court granted the parties' joint request to continue the restitution hearing again to September 7, 2017. ECF No. 217.

4. On or about September 5, 2017, this Court granted the parties' joint request to continue the restitution hearing one final time to October 26, 2017. ECF No. 241.

5. Since the sentencing hearing, the parties have conferred regarding the proper restitution amount in this case. Pursuant to those discussions, the parties hereby stipulate and agree that defendant Sequoia Valverde shall be liable for restitution in the amount of $82,164.84, and that any restitution owed to the victim, Target at Target AP Recovery, 23046 Avenida de la Carlota, Suite #600, Laguna Hills, CA 92653, is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.

6. The parties also agree that the amount of restitution set forth in this Stipulation is supported by a preponderance of the evidence.

7. Defendant further agrees to pay restitution as set forth herein.

8. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that she must notify the Court and the Attorney General of any material change in her economic circumstances that might affect her ability to pay restitution.

9. The parties further agree that payment of restitution during Defendant's imprisonment should be made through the Bureau of Prisons Inmate Financial Responsibility Program.

10. The parties further acknowledge and agree that Defendant is statutorily required to pay interest on restitution greater than $2,500, unless the restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f), and that payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g). The parties acknowledge and agree that the Court may waive the requirement for interest if the Court finds that Defendant does not have the ability to pay interest. *See* 18 U.S.C. § 3612(f)(3)(A). The parties acknowledge and agree that Defendant does not have the ability to pay interest on the proposed total restitution in this matter and jointly recommend that the Court so find and waive the requirement for interest payments.

///
///
///

11. The United States will separately provide to the Probation Office an itemized list of the amounts due to the victim and the victim's address.

IT IS SO STIPULATED.

Dated: October 23, 2017  PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSANNE RUST
ROSANNE RUST
ANDRÉ ESPINOSA
Assistant United States Attorneys

Dated: October 23, 2017  /s/ OLAF HEDBERG
OLAF HEDBERG
Attorney for Defendant Sequoia Valverde

**ORDER**

The Court has reviewed the Stipulation of the parties for an order holding defendant Sequoia Valverde liable for restitution in the amount of $82,164.84. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663A, the Court finds good cause to enter an order holding Sequoia Valverde liable for restitution in the amount of $82,164.84. The defendant shall pay restitution in the amount of $82,164.84, and any restitution owed to the victim, Target at Target AP Recovery, 23046 Avenida de la Carlota, Suite #600, Laguna Hills, CA 92653, is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Payment of restitution during the defendant's imprisonment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in her economic circumstances that might affect her ability to pay restitution.

Defendant does not have the ability to pay interest on the total restitution set forth in the Stipulation and, pursuant to 18 U.S.C. § 3612(f)(3)(A), the Court may waive the requirement for interest payments. The requirement that Defendant pay interest on the total restitution amount is waived.

The United States is further ordered to provide the Probation Office within 7 days of this Order an itemized list of the victim, victim's address, and amount owing to each victim. The hearing set for Thursday, October 26, 2017, in this case is hereby vacated.

**SO ORDERED.**

Dated: October 25, 2017

Troy L. Nunley
United States District Judge