UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
OCTOBER 31, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEQUOIA VALVERDE,

Defendant.

Case No. 2:15-CR-00176-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SEQUOIA VALVERDE, Case No. 2:15-CR-00176-TLN Charge 18 U.S.C. § 3606, from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_

\_\_\_\_ Unsecured Appearance Bond $ \_\_\_\_

\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_ Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

X (Other): Sentenced to TIME SERVED, and is ORDERED to be released Friday morning, November 1, 2019 at 9:00 AM. The defendant shall be released to the care and custody of Probation to be delivered to Wellspace.

Issued at Sacramento, California on October 31, 2019 at 10:00 AM.

By: _____
District Judge Troy L. Nunley